08-CV-05708-ORD



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE JAZZ OF TACOMA FEEL THE BEAT,<br><br>    Plaintiff,<br><br>vs.<br><br>BONE THUGZ'N'HARMONY, CHARLES SCRUGGS (WISHBONE), ANTHONY HENDERSON (KRAZIEBONE), STEVE HOWSE (LAZYBONE), TAMONE CALLOWAY (DJ ICE), ALDER BOOKING AGENCY, INC.,<br><br>    Defendants, | Case No. 3:08-cv-05708RJB<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On the motion of the plaintiff this matter is dismissed without prejudice.

16 March '09

*/s/ Robert Bryan*
Honorable Judge

Jazz of Tacoma Motion Page 1 of 2

David P. Butler
Attorney At Law
100 South I Street, Ste. 105
Aberdeen, WA 98520
(360) 537-6990
fax (360) 537-6981